THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Respondent, *v.* LEON GIFFORD et al., as Assessors of the Town of Saratoga, Appellants. (Two Proceedings.)

(Argued March 26, 1931; decided April 14, 1931.)

*Lawrence B. McKelvey* for appellants.

*Alexander F. Walsh* for respondent.

Order in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.